IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROSEVELT BOWENS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. CV416-049 |
| SHERIFF STEVE C. SIKES; MAJOR JEFF HEIN, Liberty County Jail; CPT. LISA BOYD, Liberty County Jail; and LIBERTY COUNTY JAIL; | ) ) ) ) ) ) |
| Defendants. | ) ) |

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 3rd day of February 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA