# United States District Court
### Southern District of Georgia

Rosevelt Bowens

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:16-cv-49-WTM-GRS

Sheriff Steve C. Sikes, et al.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated 2/03/17 adopting the Magistrate Judge's Report and Recommendation, the complaint is Dismissed With Prejudice. This case stands closed.



| 2/03/17 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |